SHEAR v. BOLINGER *et al.*

**Intoxicating Liquors** : REMOVAL OF CAUSES TO FEDERAL COURTS.
  (*Shear v. Kelson,* 73 Iowa, 705, *followed.*)

*Appeal from Chickasaw District Court.*

FILED, MARCH 12, 1888.

THIS is an action in equity to enjoin and abate a nuisance which it is alleged the defendants are maintaining by keeping a saloon. An application was made for the removal of the cause to the circuit court of the United States, which was sustained, and an order of removal was made. From this order plaintiff appeals.

*J. H. Powers,* for appellants.

*Hiram Shaver,* for appellees.

ROTHROCK, J.—It was held in *Shear v. Kelson,* and other cases determined at the present term, that the defendants in causes like this have no right to remove the same to the federal court. Following those cases the order of removal in this case is

REVERSED.